**From:** Giovanni Spadaro [GSpadaro@nomshealthcare.com]
**Sent:** Tuesday, January 24, 2023 9:11 AM
**To:** Sarah Opfer [SOpfer@nomshealthcare.com]
**Subject:** FW: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

Here is a perfect example of where Shawn cannot let the team manage their own process of responding back to email questions.

---

**From:** Giovanni Spadaro
**Sent:** Monday, January 23, 2023 12:25 PM
**To:** Kylie Ostheimer <kostheimer@nomshealthcare.com>
**Subject:** RE: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

Hey Kylie,

Thanks for sharing and I 100% agree with your assessment. We will need to continue to fine tune some processes in accounting and I am confident we will get there.

Thanks again,
Gio

---

**From:** Kylie Ostheimer <KOstheimer@nomshealthcare.com>
**Sent:** Monday, January 23, 2023 11:48 AM
**To:** Giovanni Spadaro <GSpadaro@nomshealthcare.com>
**Subject:** FW: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

Hi Gio,

I thought you might want to see this email chain, as an example of the organizational issues with Shawn's team. Shawn divided the Financial Distribution List between myself, Michele, and Echo. Dr. Wolanin is an owner, and on my list. However, when Dr. Wolanin requested the financial statement documents be resent Shawn assigned the email to Michele. I check the NOMS-Finance inbox a minimum of once a day, and more frequently right after we send the statements out. However, I'm to the point that I typically won't respond until Shawn specifically assigns something to me, because I can't see what the rest of the team is sending and we don't need multiple people to respond to the same email. I don't understand why we divided the list if we are not going to follow it.

This could be just a me issue because I'm hesitating to respond, but I feel that the responses could be quicker and more precise if everyone stuck to their own list. I don't feel that we need Shawn to assign emails. If you sent the financials you answer the email, or forward it to the appropriate team member. If you forward it to another team member I think you should obtain a clear understanding either you are passing the email to that team member and they will respond, or you only expect them to gather information and you will respond.

Thanks,

**Kylie M. Ostheimer**
Senior Accounting Clerk

EXHIBIT
A

Certified AP Avid Automation Administrator
3004 Hayes Ave.
Sandusky, OH 44870
☎(419)609-1112 Ext.3067

*The mission of NOMS Healthcare is to provide excellent, personalized, team-based care.*

Like us, follow us | www.nomshealthcare.com

IMPORTANT INFORMATION: This electronic transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein, and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or named addressee.

---

**From:** Shawn Biggins <SBiggins@nomshealthcare.com>
**Sent:** Monday, January 23, 2023 11:30 AM
**To:** Michele Greer <MGreer@nomshealthcare.com>; Kylie Ostheimer <KOstheimer@nomshealthcare.com>
**Subject:** RE: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

HI guys,
I think Victoria has already forwarded these so there is no need to do anything. Sorry about that.

---

**From:** Michele Greer <MGreer@nomshealthcare.com>
**Sent:** Monday, January 23, 2023 11:26 AM
**To:** Kylie Ostheimer <KOstheimer@nomshealthcare.com>
**Cc:** Shawn Biggins <SBiggins@nomshealthcare.com>
**Subject:** RE: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

Hi Kylie—

This one was assigned to me in the shared email. I'm not sure if you send anything else to him or not. I just went with what was on the Financial Distribution Excel list.

Thanks-
Michele

---

**From:** NOMS-FINANCE
**Sent:** Monday, January 23, 2023 11:23 AM
**To:** Andre Wolanin <awolanin@nomshealthcare.com>
**Cc:** Kylie Ostheimer <kostheimer@nomshealthcare.com>; NOMS-FINANCE <NOMS-FINANCE@nomshealthcare.com>; Victoria Bearer <vbearer@nomshealthcare.com>
**Subject:** RE: NOV-22 Financial Statement-Dr. Andre F. Wolanin **DEC-22 Financials**

Good morning, Dr. Wolanin,

Attached, please find the DEC-22 financials, as requested.  Please let us know if you need anything else.

Thanks-
Michele

---

**From:** Andre Wolanin AWolanin@nomshealthcare.com
**Sent:** Monday, January 23, 2023 9:05 AM
**To:** NOMS-FINANCE <NOMS-FINANCE@nomshealthcare.com>; Victoria Bearer <VBearer@nomshealthcare.com>
**Subject:** Re: NOV-22 Financial Statement-Dr. Andre F. Wolanin

Can you please resend me the December financial s thanks

Get Outlook for iOS

---

**From:** NOMS-FINANCE <NOMS-FINANCE@nomshealthcare.com>
**Sent:** Monday, December 19, 2022 2:00:55 PM
**To:** Andre Wolanin <AWolanin@nomshealthcare.com>; NOMS-FINANCE <NOMS-FINANCE@nomshealthcare.com>; Victoria Bearer <VBearer@nomshealthcare.com>
**Subject:** NOV-22 Financial Statement-Dr. Andre F. Wolanin

Hello,

Attached, please find your NOV-22 Financial Statement(s).

Please note we are now using group email NOMS-FINANCE@nomshealthcare.com to coordinate the delivery of financial statements and respond to subsequent questions. By simply clicking 'reply' to this message, your inquiry will be routed to NOMS-FINANCE@nomshealthcare.com for research. Feedback will be provided, as soon as possible.

Thanks,

**Kylie M. Ostheimer**
Senior Accounting Clerk
Certified AP Avid Automation Administrator
3004 Hayes Ave.
Sandusky, OH 44870
☎(419)609-1112 Ext.3067

NOMS HEALTHCARE
*The mission of NOMS Healthcare is to provide excellent, personalized, team-based care.*

Like us, follow us | www.nomshealthcare.com

IMPORTANT INFORMATION: This electronic transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein, and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or named addressee.