**Sarah Opfer**

**From:** Ericka Harrington
**Sent:** Tuesday, February 28, 2023 9:39 AM
**To:** Sarah Opfer
**Subject:** FW: Statement Re: Shawn Biggins - Becky Booker

---

**From:** Ericka Harrington
**Sent:** Thursday, January 26, 2023 10:52 AM
**To:** Giovanni Spadaro <gspadaro@nomshealthcare.com>
**Subject:** FW: Statement Re: Shawn Biggins - Becky Booker

---

**From:** Ericka Harrington
**Sent:** Thursday, January 26, 2023 10:32 AM
**To:** Rebecca Booker <rbooker@nomshealthcare.com>
**Subject:** RE: Statement Re: Shawn Biggins

Thank you for your confirmation.

---

**From:** Rebecca Booker <RBooker@nomshealthcare.com>
**Sent:** Thursday, January 26, 2023 10:26 AM
**To:** Ericka Harrington <eharrington@nomshealthcare.com>
**Subject:** RE: Statement Re: Shawn Biggins

Hi.. Yes I agree with the statements below.


**Rebecca Booker**
Accounting
3004 Hayes Ave
Sandusky, OH 44870
☎(419) 609-1112 Ext.3044 | 🖷 (419) 609-1123
rbooker@nomshealthcare.com


NOMS HEALTHCARE

nomshealthcare.com

**2017 HIMSS DAVIES Ambulatory Award Winner**

EXHIBIT B



NOMS000116

**From:** Ericka Harrington <eharrington@nomshealthcare.com>
**Sent:** Thursday, January 26, 2023 10:22 AM
**To:** Rebecca Booker <RBooker@nomshealthcare.com>
**Subject:** Statement Re: Shawn Biggins
**Importance:** High

Hey Becky,

Below is what I am submitting regarding our conversation about Shawn, please let me know if you agree or want anything changed. Feel free to add as well, SB is Shawn Biggins.

R. Booker:
Becky started the meeting by sating she "has not worked side by side with SB for over a year because I simply cannot work with him" I asked her what she meant by that, and she stated he always tried to make her feel less than or beneath him in the past or that her time was not as valuable. She gave the example of setting up meetings and calls and he had a habit of not showing up or being very late. Becky went on to bring up the Fisher Titus Guarantee project. She mentioned the project was a year behind. Again in the meeting Becky stated that, "anytime I would work with him he made me feel like I am beneath him, like I am not at his level by some of the wording he would use" she also mentioned, "if you ask him questions he dances around the topic." She felt he did this to get the answer he wanted when you didn't agree with him. She stated again how she does not feel comfortable working for him and most recently anytime the team gets together for lunches or meetings he will not say hi to her or address her.

Thanks,
Ericka Harrington
Director of Human Resources
3004 Hayes Avenue
Sandusky, OH 44870
419-626-6161 Ext. 3035
Fax: 419-502-3537
NOMS HEALTHCARE
nomshealthcare.com
**2017 HIMSS DAVIES Ambulatory Award Winner**
IMPORTANT INFORMATION: This electronic transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein, and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or named addressee.