## Sarah Opfer

| | |
|---|---|
| **From:** | Ericka Harrington |
| **Sent:** | Tuesday, February 28, 2023 9:39 AM |
| **To:** | Sarah Opfer |
| **Subject:** | FW: Statement Re: Shawn Biggins - D. Deno |

---

**From:** Ericka Harrington
**Sent:** Thursday, January 26, 2023 10:51 AM
**To:** Giovanni Spadaro <gspadaro@nomshealthcare.com>
**Subject:** Statement Re: Shawn Biggins - D. Deno

Statement from Diane

---

**From:** Diane Deno <DDeno@nomshealthcare.com>
**Sent:** Thursday, January 26, 2023 10:25 AM
**To:** Ericka Harrington <eharrington@nomshealthcare.com>
**Subject:** RE: Statement Re: Shawn Biggins

Ericka,

That's fine. I don't want to be mean to him in any way because I have done some things wrong too. I'm working at it though.

Thank you,
Diane

---

**From:** Ericka Harrington <eharrington@nomshealthcare.com>
**Sent:** Thursday, January 26, 2023 10:20 AM
**To:** Diane Deno <DDeno@nomshealthcare.com>
**Subject:** Statement Re: Shawn Biggins
**Importance:** High

Hey Diane,

Below is what I am submitting regarding our conversation about Shawn, please let me know if you agree or want anything changed. Feel free to add as well, SB is Shawn Biggins.

Diane started the meeting by stating that many of SB's emails she feels he uses words like "superwoman or pictures that are unnecessary and demeaning towards women and he only uses them regarding women." She referred to a recent incident involving an email to Dr. Murcek requesting an analysis of his payroll, something she has frequently handled in the past, but he requested it from Traci and when Traci returned a report that was not exactly what he was looking for, in a reply all with Dr. Murcek on the email he used the word "non-accountant" to describe the report/analysis Traci did and Diane mentioned that she and Traci felt that Shawn threw them under the bus when it was something they were more than capable of doing, all he had to do was bring up to Diane to correct. She mentioned based on the tone of many his emails like the one above, "you can



EXHIBIT C

tell in his email that he doesn't respect women." Lastly, she did mention that she used to frequently hear Shawn yelling at Rob McRae. I asked her if there was anything else material she would like to add and she said nothing more.

Thanks,

**Ericka Harrington**
Director of Human Resources
3004 Hayes Avenue
Sandusky, OH 44870
419-626-6161 Ext. 3035
Fax: 419-502-3537
NOMS HEALTHCARE
nomshealthcare.com

**2017 HIMSS DAVIES Ambulatory Award Winner**

IMPORTANT INFORMATION: This electronic transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein, and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or named addressee.