## Sarah Opfer

**From:** Ericka Harrington
**Sent:** Tuesday, February 28, 2023 9:40 AM
**To:** Sarah Opfer
**Subject:** FW: Statement Rob McRae - Please review

---

Hey Rob:

This is what I am submitting please let me know if you agree or want anything changed. Feel free to add. SB is Shawn Biggins.

Meeting with Rob McRae:

Upon meeting with Rob via teams he was somewhat of a floodgate of the same story over and over with the same theme: If Rob and Shawn disagree about anything Shawn displays a temper and even yells at him. Rob said "he has displayed a temper at times, going back a few years." Right before joining the team, while still working as a consultant, Shawn had an episode when they were meeting with Avid and he started screaming, and then almost immediately he was remorseful almost to the point of crying, I'm almost sure he did have tears, directly in the meeting, it was very, very uncomfortable for myself and the vendors." He then went on to say that "His [Shawn] temper gets the best of him." Rob then said " Either hes angry about something else and brings that into the meeting and kind of says something off the wall and its very confusing for all involved." "Generally, the meetings are supposed to be collaborative, but they end up being Shawn talking at the team and then Shawn ends up talking the whole time and never allows anyone to speak or everyone is too uncomfortable to speak, so I do get the sense of uneasy during the meetings." In referencing another meeting he said that they have many disagreements about different things but he tends to always display his anger during the meetings even if it is unrelated, Rob said. "If SB is mad at me for some reason, that tends to come out during the meeting. Since I started in September, SB has been assigning me tasks and Josh and Gio have also been assigning me tasks but then Shawn's tasks have for some reason reduced to nothing. He's basically stripped me from a lot of assignments, and he's in the process of stripping me from other assignments. I had a 40% drop in my income in the number of hours in January and this is causing me a lot of stress. Gio has spoken to me on the side and said I am doing a great job; those conversations have made me feel better but any of interactions with Shawn leads me to believe that he's upset with me or trying to replace me because he keeps saying that they're hiring someone. I believe Shawn is taking projects and tasks away from me in effort to phase me out." Rob then said, "Sometimes in back to back meetings he will bring up something that hes disgruntled about and then in effort to bring other team members in on the conversation from the accounting team he will ask their opinion and they will say they have no idea what hes talking about." Rob then said, "Sometimes it seems like hes trying to overrule if Gio or Josh gives me tasks . SBs been taking away tasks that have nothing to do with prior conversations, honestly it all defies logic. What Shawn sees is only a portion of the work I do but he tends to be the loudest voice out there." Rob then went on to say, "Mainly in meetings with outside vendors, for instance we had a meeting two weeks ago where Gio wasn't at the meeting and then they were talking about re-assigning people to different tasks and when I got in the meeting he began screaming, and then another time about three weeks ago we had a meeting with the data consultants, he had a temper. After the meeting I suggested to Shawn that we need to be in agreement and not have disagreements in front of vendors, you know we don't need to air our dirty laundry or any disagreements out to the public." Then finally Rob said, "With EPIC they are getting conflicting information. If Shawn doesn't agree with



EXHIBIT D

something he just derails the conversation. One minute he might be really dug in on something then forgets about it. He gets upset and honestly, it's been uncomfortable often in meetings." "He and I have weekly meetings and those actually go better than the meetings with the outside people." Rob McRae

Thanks,

**Ericka Harrington**
Director of Human Resources
3004 Hayes Avenue
Sandusky, OH 44870
419-626-6161 Ext. 3035
Fax: 419-502-3537
NOMS HEALTHCARE
nomshealthcare.com

**2017 HIMSS DAVIES Ambulatory Award Winner**

IMPORTANT INFORMATION: This electronic transmission is intended to be delivered only to the named addressee, and may contain material that is confidential, proprietary or subject to legal protection or privilege. If it is received by anyone other than the named addressee, the recipient should immediately notify the sender at the address and telephone number set forth herein, and obtain instructions as to the disposal of the transmitted material. In no event should such material be read or retained by anyone other than the named addressee, except by express authority of the sender or named addressee.