STATE OF OHIO )
) **DECLARATION OF SHAWN BIGGINS**
COUNTY OF ERIE )

Pursuant to 28 U.S.C. § 1746, I, Shawn Biggins, in supplementation to my prior deposition testimony, declare and state the following truths based upon my own personal knowledge:

1. I am the Plaintiff in this current litigation. I obtained a college degree in accounting in 1996 and have been an Ohio-licensed CPA since 2006. Since college and for nearly the last 30 years, I have held several professional positions in tax and accounting. This includes holding an Auditor and Senior Tax CPA position with an accounting firm from 2007 through 2011, followed by a CPA and Accountant position with Firelands Physicians Group from 2012 through 2015. Thereafter, I spent around six years as a Staff Accountant and Controller with Northern Ohio Medical Specialists, LLC ("NOMS") from 2017 to 2023. Since my termination from NOMS, I have worked directly for the IRS as an Internal Revenue Agent. Attached as Exhibit 1-B is a true and accurate copy of my resume (last updated after my employment ended with NOMS).
2. NOMS hired me around January 2017 as the company's Staff Accountant, and then about a year later in 2018, I was promoted to Controller.
3. Between 2017 and 2020, I received three different annual performance reviews. In all three reviews, I received praise and for my teamwork, communication and leadership, with no negative comments in those categories.
4. As the Controller, I planned and directed accounting operations at NOMS, which included several essential duties, such as: (1) overseeing the production of periodic financial reports, including monthly financial statements, (2) providing financial analyses for the company, and (3) working with external auditors for any annual company audits. One of my duties included, managing and complying with local, state and federal government reporting requirements and tax filings.

5. NOMS is a multi-specialty physician group that essentially employs physicians, typically starting out on a W2-employee basis – meaning the physician works as an employee of the company. After a certain period of time, the physician may become a "partner" of NOMS, which among other things, results in the physician's tax structure changing, from a W2 employee to a K-1 partner. The latter is akin to someone who is "self-employed" meaning that NOMS does not withhold any taxes, deductions, etc. from the physician's paycheck or yearly income—rather, the physician, much like a 1099 contractor, would receive the entire gross amount of income and then be responsible for his/her own taxes, business expenses and deductions.

6. The tax consequences are different for a W2 versus a K-1, largely because in a W2 scenario, the employer controls the withholdings, deductions and taxes that are taken out up front. Conversely, for a K-1, the physician has complete control, not only over the taxes paid from that gross income, but also control over all deductions and contributions – i.e. deducting business expenses, which are not available for a W2 employee.

7. Around January 2022, my supervisor, Gio Spadaro, told me to "rerun" the full year 2021 financial statements that I had reviewed and submitted for the physicians. After doing so, I then investigated and reviewed those new statements, and came across a new entry from Spadaro in our internal accounting system – this entry noted that NOMS was erasing $728,138.52 of income from 2021 and "crediting" that income for 2022 instead. The line-item entry showed that this practice was being done for several physicians, including Dr. Fahim for the total amount of $344,538.78. Upon my own investigation, this immediately alarmed me because these same physicians had all been W2 employees in 2021 and were switching to K-1 partners starting in January 2022. Thus, any income earned by the physicians in 2021 would have different tax consequences versus income earned in 2022 as a K-1 partner.

8. To simplify and illustrate this for a non-tax professional, just for Dr. Fahim, Spadaro's entry showed the following: first, that Dr. Fahim had a pool of income, $344,538.78, that he earned throughout the

2021 calendar year. This income would be expressed through a monthly financial statement that was prepared for each physician on a rolling monthly basis. Exhibit 1-A is a true and accurate example of what Dr. Fahim's rolling monthly financial statement looked like for the 2021 calendar year, It shows a month-to-month breakdown in 2021 for Dr. Fahim's income, reflected after expenses. Each month, the "net" income available to the physician is reflected in the last row, called the "Ending Holdback Account." ("EHA"). Essentially, this is akin to a bank account of sorts, meaning the EHA shows either a surplus or deficit, each month, for the physician. The physician, per their compensation agreement with NOMS, can then either withdraw that money, subject to a minimum EHA balance, or simply leave it in the account and withdraw it later. Either way, the physician has earned that money – it is *their* money.

9. So, in Spadaro's entry, a total amount of $344,538.78 for Dr. Fahim was debited from his 2021 W2 – meaning Dr. Fahim paid no tax or withholdings on that money for the 2021 tax year. Instead, NOMS moved that income, earned in 2021, over to 2022, whereby at that point, Dr. Fahim would be a K-1 partner. Thus, in 2022, Dr. Fahim received a "credit" in the amount of $344,538.78, income of which was no longer subject to W2 withholdings, and income that was now available to Dr. Fahim to use for business expense deductions, financial account contributions, or other tax maneuvers by a K-1 partner, as eligible under the IRS code. NOMS did this for Dr. Fahim, and several other physicians, totaling over $728,138 that vanished from those physicians' W2s, and instead was credited in 2022 as K-1 income.

10. Upon reviewing Spadaro's entry, on or about January 18, 2022, I reported the issue to Spadaro during our next pre-set weekly meeting, which took place every Tuesday. At first, I merely tried to educate Spadaro, who is not a licensed CPA, by telling him "I don't think he understood what he did" relative to erasing that 2021 income, and crediting it to 2022. I told Spadaro that this conduct was fraudulent and that the statements should be reran again to correct it because NOMS could not take earned income from 2021 and remove it from the physicians' W2s, allowing them to avoid 2021 taxes related to that income.

Spadaro rejected my position and to my knowledge my complaint was not escalated at that time nor looked into in any way.

11. In June 2022, I received another annual review, and again it was positive, especially in the areas of Team Work and Leadership where I received praise for my teamwork, communication, and leadership of my department. Again, I did not receive a single negative remark about my interaction with other employees in the review. After receipt of the review, in the employee comments section, I again restated my complaint that I felt NOMS had not followed tax laws (talking about the 2021-2022 Spadaro entry), and I reiterated that these issues needed to change moving forward. I followed this up with further emails in July 2022 wherein I discussed my annual review and noted that I still had concerns that needed to be addressed, including the "primary tax issue that has happened in 2021 and in 2022 within NOMS and is a major concern."
12. A few months following my renewed reports to NOMS regarding suspected tax law violations, I was disciplined for the first time in my six-year career on November 2, 2022. I was issued a Formal Reminder counseling form, which was thereafter changed to a Record of Conversation because NOMS skipped that progressive disciplinary step. In this disciplinary action, I was accused of "lack of leadership" and "communication issues" with my fellow employees – again, none of which had ever been mentioned or brought up in any of my prior annual reviews. In fact, this was the first time in my career I had ever heard of such an accusation against me.
13. By this point, feeling targeted for my prior complaints, I took steps to escalate my tax fraud complaints, asking for a meeting with NOMS' Board in late November 2022 so that I could address these concerns directly with the Board. Very soon thereafter, NOMS set up a discussion with me on November 29, 2022, via video conference. At this meeting, NOMS brought up possibly terminating my employment; however, after doing so, I immediately responded and said that NOMS would be wrongfully terminating me based on my complaints that NOMS was engaging in tax fraud surrounding the evasion of taxes for

the 2021 calendar year. I also requested a NOMS compliance meeting to further discuss and investigate my concerns and Opfer told me it would be done.

14. Over the next month, I resubmitted my tax fraud concerns as it related to the 2021-2022 zero-out entry from Spadaro. However, I was only allowed to submit my concerns to Spadaro (who is not a CPA) and Opfer (who has no tax-related education or experience at all). I was told that NOMS was communicating with Meaden & Moore, their accounting firm, about my complaints, but I was not allowed to address my concerns with Meaden directly. I am unsure, to this day, whether Meaden, specifically Brent Thompson, even fully understood the basis for my tax fraud complaints because I was never allowed to have a discussion with him directly so we could talk as one CPA to another about these tax-related issues.

15. To that end, I know from reading documentation in this litigation that Meaden apparently believed that the 2021 income in Spadaro's entry was paid in 2022 due to a "timing difference" or "timing issue," however, this logic was flawed and missed the entire point of my complaint because it assumed that the physicians' income was *only* from December 2021. However, that was not the case, as I explained and showed Spadaro – the financial statements for the physicians in question were from the entire year, meaning all 12 months, not simply December. There was no "timing" issue, at least as it related to a vast majority of the income that was credited to 2022.

16. On December 9, 2022, I again put my tax fraud concerns in writing to NOMS, as part of my rebuttal to the earlier November Record of Conversation, stating that I had provided examples of concerns regarding "Federal, State and City Tax Laws being recklessly broken possibly with an intent to deceive in a long-term pattern of tax-aggressiveness…" Again, this report was not specifically addressed.

17. Instead, throughout December 2022 and into January 2023, Opfer and Spadaro continued to act as a go-between for Thompson and I regarding my tax-related complaints. Basically, Opfer would have me submit my concerns or questions to her, and then she would tell me that Thompson responded, etc., again, I was not allowed access to Thompson or Meaden directly, nor any other person/body with actual tax

experience or CPA credentials. Moreover, at no point did I know what information was actually given to Meaden, what documentation they had, or whether they had access to information that was different from what was available to me, i.e. documents beyond the monthly financial statements and Spadaro's 2021 entry. None of those details were ever shared with me during my employment.

18. Over this same period of time, I learned that Spadaro was starting to make complaints about me, and I generally felt that he was trying to manufacture a case to terminate my employment as a result of my tax fraud complaints surrounding his 2021 entry. Thus, on January 23, 2023, during a discussion with Opfer, I reported that I felt Spadaro was retaliating against me based on my earlier tax compliance complaints.

19. I was officially informed of my termination on February 7, 2023. Through documentation in this case, I learned that NOMS decided to terminate me on January 26, 2023, three days after my retaliation complaint to Opfer. Over this period of time, between December and early February, I never had any communications with Erika Harrington, including any communications about any alleged complaints against me by other employees.

20. During this litigation, I received and reviewed Gary Zwick's report on behalf of NOMS. Therein, Zwick, a licensed CPA like myself, opines that the reason the NOMS physicians were paid 2021 income in 2022 is because it was part of a bonus system NOMS uses for its physicians. Zwick seemingly based this opinion on two specific documents given to him by NOMS: (1) sample financial statements, and (2) a sample Member Engagement Agreement. As to the former, Zwick was given a simplified version of a physician financial statement that *only* showed a YTD amount in the Ending Holdback Account (a single number) – versus a 12-month financial statement showing how that amount accumulated over the year. In fact, during my six-year career at NOMS, I *never* saw the type of formatted financial statement that was given to Zwick, rather, our financial statements showed the entire 12-month income summary, broken down each month. This is critical because I believe Zwick was misled by being given these condensed financial statements.

21. Indeed, the second document, a sample Member Engagement Agreement proves that NOMS physicians were able to make quarterly withdrawals, at their discretion, from their EHA, up to a maximum amount that did not exceed the ending holdback requirement (as a bonus). Thus, NOMS' own agreements with their physicians specify that when the physician gets their updated monthly financial statement, it is up to them whether to draw compensation out of their EHA (assuming there is a surplus above the minimum holdback requirement). Quite simply, in layman's terms, each month, the physician gets to decide whether to take out compensation from the account (as wages, distributions, etc.) or simply leave it in the account (i.e. like a bank account). Thus, I would submit that Zwick's report supports the very tax fraud concerns I raised to Spadaro and NOMS during my employment. His analysis demonstrates that these physicians *earned* this income, at the very least through the first, second and third quarters, and that this money was available to them to withdraw throughout the 2021 calendar year.

22. For tax law purposes, the preceding paragraph demonstrates what is called "constructive receipt" of income. This means the physicians earned this income in 2021 because even though it may not have been in their physical "possession" (meaning they left it in the EHA account), it was otherwise in their control and could be withdrawn by them during that same year without any substantial limitation. This means income was constructive received and therefore taxable that same year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January, 2026.

Shawn Biggins
Shawn Biggins (Jan 6, 2026 09:06:16 EST)

SHAWN BIGGINS

**NOMS HEALTHCARE (NORTHERN OHIO MEDICAL SPECIALISTS, LLC)**
**DR. RZF - ANKLE & FOOT CARE CENTER (EXAMPLE DOCTOR)**
**FOR THE 12 MONTHS ENDED DECEMBER 21, 2021**

**Dr. RZF - Example Doctor**
**Cutoff Date of Becoming an Owner = 1/1/2022**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2021 YTD | 2020 YTD | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCTOR COLLECTIONS | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $1,080,000 | $600,000 | $480,000 |
| PATIENT REFUNDS | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($3,000) | ($1,750) | ($1,250) |
| NET COLLECTIONS | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $1,077,000 | $598,250 | $478,750 |
| **TOTAL REVENUE** | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $89,750 | $1,077,000 | $598,250 | $478,750 |
| CLINICAL SALARIES & WAGES | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $14,500 | $174,000 | $110,000 | $64,000 |
| PROFESSIONAL SALARIES & WAGES | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $11,100 | $133,200 | $80,000 | $53,200 |
| PAYROLL TAXES-EMPLOYER PORTION | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $26,400 | $17,000 | $9,400 |
| HEALTH INSURANCE-EMPLOYER PORTION | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | $28,000 | $2,000 |
| RETIREMENT 401K EMPLOYER PORTION | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $12,000 | $7,000 | $5,000 |
| LIFE INUSURANCE-EMPLOYER PORTION | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $90 | $1,080 | $600 | $480 |
| MEDICAL SUPPLIES | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $30,000 | $25,000 | $5,000 |
| NON-MEDICAL SUPPLIES | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $1,700 | $2,381 | $21,081 | $16,000 | $5,081 |
| DME SUPPLIES | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 | $43,000 | $5,000 |
| COLLECTION SERVICES | | | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $5,000 | $3,000 | $2,000 |
| OTHER CONTRACTED SERVICES | | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $20,000 | $12,000 | $8,000 |
| SALES/USE TAXES | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $1,500 | $900 | $600 |
| DEPRECIATION EXPENSE | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $12,000 | $10,000 | $2,000 |
| MALPRACTICE INSURANCE | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 | $16,000 | $2,000 |
| MEDICAL OFFICE RENT | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $21,600 | $21,600 | $0 |
| EQUIPMENT LEASE | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $3,600 | $3,600 | $0 |
| EXPENSE REALLOCATION-GJ-005111 | | | | | | GJ-005111 Adds $344,539 of Expenses that do NOT exist here at 12/31/2021: | | | | | | | | $0 | $0 |
| **TOTAL OPERATING EXPENSES** | $44,315 | $44,315 | $46,815 | $46,815 | $46,815 | $46,815 | $46,815 | $46,815 | $46,815 | $46,815 | $46,815 | $47,496 | $557,461 | $393,700 | $163,761 |
| EMPLOYEE DOCTOR W-2 WAGES | $0 | $40,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $40,000 | $80,000 | ($40,000) |
| EMPLOYEE DOCTOR HEALTH INSURANCE | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $21,600 | $10,550 | $11,050 |
| EMPLOYEE DOCTOR-PROFESSIONAL LICENSE | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $3,000 | $1,500 | $1,500 |
| EMPLOYEE DOCTOR CONTINUING EDUCATIO | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $3,000 | $1,500 | $1,500 |
| TOTAL EMPLOYEE DOCTOR EXPENSES | $2,300 | $42,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $67,600 | $93,550 | ($25,950) |
| **OPERATING PROFIT/(LOSS)** | $43,135 | $3,135 | $40,635 | $40,635 | $40,635 | $40,635 | $40,635 | $40,635 | $40,635 | $40,635 | $40,635 | $39,954 | $451,939 | $111,000 | $340,939 |
| **NOMS MSO CHARGES (SUBTRACT)** | | | | | | | | | | | | | | | |
| NOMS BILLING SERVICES EXPENSE (6.5%) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($70,200) | $39,000 | ($109,200) |
| NOMS ADMIN. SERVICES EXP (6.5%) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($5,850) | ($70,200) | $39,000 | ($109,200) |
| Total NOMS Expense | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($11,700) | ($140,400) | $78,000 | ($218,400) |
| **NET PROFIT (LOSS)** | $31,435 | ($8,565) | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,254 | $311,539 | $33,000 | $278,539 |
| **CURRENT MONTH ACTIVITY** | $31,435 | ($8,565) | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,935 | $28,254 | $311,539 | | |
| **BEGINNING YEAR HOLDBACK ACCOUNT** | $33,000 | $64,435 | $55,870 | $84,805 | $113,740 | $142,675 | $171,610 | $200,545 | $229,480 | $258,415 | $287,350 | $316,285 | $33,000 | | |
| NOMS TRANSFERS | | | | | | | | | | | | | | | |
| **ENDING HOLDBACK ACCOUNT** | $64,435 | $55,870 | $84,805 | $113,740 | $142,675 | $171,610 | $200,545 | $229,480 | $258,415 | $287,350 | $316,285 | $344,539 | $344,539 | | |
| | | | | | | | | | | | | | ($344,539) | Transfer W-2 Wages that were (POD) | |
| | | | | | | | | | | | | | $0.00 | Payable On Demand all year | |

**Composition of $344,539**

1) $ (344,539) Dr. RZF W-2 Wages in 2021 Mischaracterized and Transferrred
to Box 1 Schedule K-1 Ordinary Income in 2022
Since the $344,539 was payable ON DEMAND (Constructively Received Doctrine) in 2021
THIS IS NOT A BONUS

$33,000 Profits Earned this year (since $40k paid out on W-2)
$311,539 Rest of Profits Earned 2021
$0.00

PLAINTIFF EXHIBIT 1-A



# SHAWN BIGGINS, CPA

## CONTROLLER

## PROFILE

Future-ready, clarity driven, CPA innovator, and financial reporting, accounting, and tax expert. Big picture leader of simplification who attacks the thought not the thinker. A proponent of peace and happiness on the team delivering creativity and world class solutions. Project management. I like to start meetings with a good clean joke. Humble is mighty!

## SKILLS/PROJECTS

+Complex large scale project solutions.
+Accounting/Tax/Audit/CPA.
+Lead/Manage high growth companies.
+Active listener/Presenter/Team builder.
+Automation with Bot deployment.
+Companies with high #'s of locations.
+Healthcare/Physician Groups.
+Public+Private+CPA Firm Experience.
+Big $$ smart cost reducer and avoider.
+Peacemaker & encourager with wisdom.
+BNB~Bot Nation Believer!
+Innovator with great sense of humor.

## INTERESTS

+Family and my kids interests.
+Accounting Technology.
+Life long learner.
+Forensic science.
+Sports.
+Travel.
+The homeless, helpless, and oppressed.
+Food delivery to 50+ families monthly.
+Founder of the Mighty Men.

## CONTACT INFO.

**Cell: (419)-503-0564**

**Email: sbiggins@mail.com**

**Linked In Profile: https://www.linkedin.com/in/shawn-b-a5114014**

## WORK EXPERIENCE

**CONTROLLER** – Sandusky, OH-Remote.
**NOMS Healthcare (Feb. 2017 – Feb. 2023).**
+Oversaw the rapid growth of tripling in size in 5 years from $50M in annual revenues to $150M within the Accounting Dept.
+Orchestrated the design and successful implementation of the Avid AP Automation System with over 150 NOMS locations resulting in 1.5 FTE = 5.0 FTE in Accounts Payable of productivity savings of $200k a year in S&B.
+Innovation trailblazer by adding Digital Workers (Software Bots) into the Accounting Dept.
+Responsible for supervising and mentoring the General Accounting & AP Departments including 4 direct reports and 3 indirect reports.
+EBO (ECW-eClinicalworks) Financial Report Administrator within the EMR.
+Moved Sage Accounting Software onto the Cloud.
+Managed the month-end closing process each month and responsible for producing the Financial Statements and setting up new doctor groups.
+Creative thinker specializing in simplification of complex problems.
+Designed Sales & Use Tax method to comply with 20+ OH & PA counties with varying Sales Tax % rates.
+Invested time in training personnel and empowered staff at all levels.
+Promoted employees internally and started automation bonuses.
+My Senior AP Clerk began to amazingly process 400+ invoices in 1 workday.
+Distributed trophies and awards to staff.
+Invented 3-Digit POD tracking to uniquely track growth by year for building momentum and team spirit throughout all NOMS Depts.
+Oversaw journal entries, projects, reconciliations, internal controls of many kinds and strategically focused on handling our growth.
+Developed new automatic time-saving allocation methods to improve efficiency and new Financial Statement designs for medical groups.
+Met with doctor medical groups being acquired in mergers and acquisitions, answering questions, and building relationships.

**CPA/ACCOUNTANT** – Sandusky, OH.
**Firelands Physician Group (Jul. 2012 – Aug. 2015).**
+Oversaw the Accounting Dept., the month-end closing process using Microsoft Dynamics GP and eClinicalworks ECW EMR.
+Supervised up to 2 FTE employees.
+Oversaw Accounts Receivable invoicing process for Other Income.
+Reconciled Balance Sheet Accounts and prepared Financial Statements.
+Calculated doctor bonuses based on productivity and profit targets building internal control double checks into the calculations.
+Oversaw the 401k plan, 401k loans, rollovers, etc.
+Highly involved in the implementation of Ulti-Pro for HR/Payroll within the overall Firelands Regional Health System and Firelands Physician Group.

**AUDITOR/TAX SENIOR CPA** – Roanoke, VA.
**Johnson & Co. CPA Firm (Dec. 2007 – Aug. 2011).**
+Performed audits of clients utilizing PPC, TB, & various Accounting Software packages performing field work, testing, and documenting WP's.
+Prepared Tax Returns for Federal Forms: 1120, 1120S, 1065, 1041, and 1040 plus Basis Schedules with the Lacerte Tax Software.
+Concentration on the real estate, not-for-profit, and small business manufacturing/distributor type business sectors.
+Catalyst in bringing in one of the largest clients into the firm.
+Instrumental in the sale of a client for $500 Million+ to a Holding Company.
+Involved heavily in the merger of another CPA Firm into the existing firm.
+Performed controller responsibilities on various businesses preparing their Financial Statements monthly.
+Worked on Sales of Business

## HIGHER EDUCATION/CERTIFICATIONS

+University of Akron - Bachelor of Science in Accounting.
+Certified Public Accountant (CPA)- Ohio Board of Accountancy.

PLAINTIFF EXHIBIT 1-B