# BIO EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHAWN BIGGINS,

Plaintiff,

vs. CASE NO. 23 CV 1917

NORTHERN OHIO MEDICAL SPECIALISTS, LLC, JUDGE JAMES R. KNEPP II

Defendant.

\- - -

VIDEO-CONFERENCED DEPOSITION OF
SHAWN BIGGINS

Wednesday, June 11, 2025
10:00 a.m. - 4:30 p.m.
Remote Location
Erie County, Ohio

STENOGRAPHICALLY REPORTED BY LUANNE K. HOWE

the date that I think it says on there. So I have no idea how it took so long to get to me, but I didn't find out until late in 2022.

**Q Is that -- and that case is still pending today; is that right?**

A That is correct.

**Q And what court is it pending in?**

A Erie County here where I live.

**Q Did you graduate high school?**

A Yes, sir.

**Q What year and which high school did you graduate from?**

A I graduated in 1988 from Bellevue Senior High School in Ohio.

**Q Did you attend college?**

A Yes, sir.

**Q Did you graduate?**

A Yes, sir.

**Q What degree did you earn?**

A I earned a Bachelor of Science in Accounting.

**Q What year?**

A I think the degree was awarded in 1995.

**Q Did you obtain a postgraduate degree?**

A No, sir.

**Q Have you earned any other certifications?**

A Yes, sir.
**Q Can you tell me about those?**
A Sure. I received my certified public accounting license in the state of Ohio.
**Q When did you obtain that license?**
A The license was awarded I believe -- I'm not a hundred percent on dates, but it was in 2006, I'm pretty sure.
**Q Are you currently an active CPA?**
A Yes, sir.
**Q Have you been an active CPA since you earned that certification back around 2006?**
A Yes, sir.
**Q Did your license ever lapse during that period?**
A No, sir.
**Q Do you have any other education or certifications that we haven't discussed so far?**
A I don't think so.
**Q Do you have any social media that you actively maintain?**
A No, sir.
**Q Do you have a LinkedIn account?**
A I had a LinkedIn account once, but in my current circumstances of employment, they recommend that we stay off social media completely. So I had to get

**Q Is it correct to say at some point your job title changed from staff attorney to controller at NOMS?**
A I was never a staff attorney.
**Q Okay. What were you hired as?**
A I was hired as an accountant.
**Q I apologize. I said staff attorney.**
**Is it correct to say at some point your job title changed from staff accountant to controller at NOMS?**
A Yes, sir.
**Q When did that change happen?**
A It happened after -- around my first year anniversary approximately. I don't remember the exact date of the promotion.
**Q How did your job responsibilities change after you went from staff accountant to controller?**
A They changed at that time. Where typically a controller takes over all of an accounting department normally, which was what I was really hoping to do, but that wasn't my decision, so as the controller, I was only overseeing the general accounting initially. So that was how that changed, and we hired one employee in general accounting who I supervised at that time.
**Q When you were a staff accountant, did anyone report**

**to you?**

A No, sir.

**Q Was there a controller before you?**

A No, sir.

**Q Who performed the duties that you took over when you became controller?**

A The CFO was over all of accounting. And so I mean, he would probably have those responsibilities, although they're kind of a shared, I think, shared responsibility once you're a competent person in your profession.

**Q So there's not one person who you took over for. It sounds like you assumed some duties from various other positions; is that right?**

A We were a growing company, rapidly growing company, so managing the growth was a major thrust of our organization. Hiring a new employee means lots of training, mentoring, helping them understand their responsibilities and working with them.

Those responsibilities are really new ones with a new employee because previously in the general accounting area, there was just me.

**Q So is it fair to say that this was a new position because the size of the company grew during this time so they felt the need to have a controller?**

A Well, the standing meeting, like I told you about, the Tuesday right after I found the entry, I absolutely raised that in my meeting to him directly. And I don't think he understood what he did.
I'm talking with the CFO, but tax is not his -- that's not his expertise. So trying to talk with him about this, he doesn't really think he did anything. He doesn't really know right from wrong. Do you understand? He doesn't know what he should be doing or not in this area. I'm not saying he's a terrible CFO. I'm not trying to say that. I'm just saying in tax specifically here. Partnerships are complicated.
**Q Is there any documentation that I should be looking for in this case that you gave to either Gio or somebody else at NOMS in January of '22 regarding this tax issue?**
A I'm not sure if it's January, but I do know I have email communications talking about this tax issue. Specifically in my performance review I brought this up.
**Q And that's July of '22 or thereabouts?**
A Well, no, because my performance review lasted, I think, for a couple months. I think it started like -- we're real busy during this time with year end. We've got responsibilities with owners and

STATE OF OHIO )
)
COUNTY OF CUYAHOGA )

I, Luanne K. Howe, Court Reporter and Notary Public, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken remotely before me at the time and places therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Dated: June 19, 2025



Luanne K. Howe, Court Reporter and Notary
Public in and for the State of Ohio

My commission expires October 7, 2029.